**Electronically Filed
Supreme Court
SCCQ-21-0000462
16-MAY-2023
08:16 AM
Dkt. 69 OCOR**

SCCQ-21-0000462

IN THE SUPREME COURT OF THE STATE OF HAWAI'I
_____

IN RE: JASPER CESAR MANUEL, Debtor, Plaintiff-Appellee.
(Case No. 11-02712 (RJF))
(Chapter 7)
---------------------------------------------------------
RICHARD A. YANAGI, Chapter 7 Trustee,

vs.

BANK OF AMERICA, N.A., Defendant-Appellant.
(Adv. No. 21-90001)
_____

ORIGINAL PROCEEDING

SECOND ORDER OF CORRECTION
(By: McKenna, J.)

        IT IS HEREBY ORDERED that the Opinion of the Court, filed March 8, 2023, is corrected as follows:

        On page 3, line 11, the word "undisputed" shall be replaced with the word "disputed".

        On page 18, line 5, the word "the" shall be deleted.

        On page 21, lines 17-19, the words "Bank of New York Mellon v. " shall be underlined, but underlining shall be removed from ", 107 Hawai'i 95, 110 P.3d 1042;" and ", 140 Hawai'i 358, 400 P.3d 559 (2017);".

        On page 23, line 10, the word "Aames" shall be underlined.

On page 23, line 13, the word "Onaga" shall be underlined.

On page 24, line 13, the word "at" shall be added after "P.3d."

On page 27, line 13, a period shall be added after the word "precluded" and before the closing quotation mark.

On page 30, line 6, the word "mortgagee" shall be replaced with the word "mortgagor."

On page 30, line 21, the second instance of the word "of" shall be replaced with the word "is"; the third instance of the word "of" shall be replaced with the word "or."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, May 16, 2023.

/s/ Sabrina S. McKenna
Associate Justice



2